**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| DIANE M. HOFFMAN, ) | |
| ) | Case No: 4:14-cv-00208 |
| PLAINTIFFS, ) | |
| ) | |
| vs. ) | VOLUNTARY DISMISSAL WITH |
| ) | PREJUDICE |
| PERFORMANT RECOVERY, INC., ) | |
| ) | |
| DEFENDANT. ) | |

Pursuant to Rule 41.1(a)(2) of the Local Federal Rules of Civil Procedure, Plaintiff Diane M. Hoffman, requests all claims raised or that could have been raised in this action against Defendant, Performant Recovery, Inc., are hereby dismissed with prejudice as the parties have reached a settlement agreement. Each party will bear its own costs and attorney fees.

Dated: September 11, 2014

Respectfully submitted,

| | |
|---|---|
| /s/ L. Ashley Zubal | /s/ Jessica L. Klander |
| L. Ashley Zubal | Jessica L. Klander |
| Marks Law Firm, P.C. | Bassford Remele, A Professional Association |
| 4225 University Avenue | 33 South Sixth Street, Suite 3800 |
| Des Moines, IA 50311 | Minneapolis, MN 55402-3707 |
| (515) 276-7211 | Telephone: (612) 376-1619 |
| (515) 276-6280 | Fax: (612) 749-1219 |
| Ashley@markslawdm.com | jklander@bassford.com |
| Attorney for Plaintiff | Attorney for Defendant |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of VOLUNTARY DISMISSAL WITH PREJUDICE was filed electronically with the Clerk of Court through the CM/ECF Filing System, and as a result, it is the undersigned counsel's understanding that an electronic copy was also emailed by the Clerk of Court to the attorney for Plaintiff listed below.

/s/ L. Ashley Zubal
L. Ashley Zubal

Jessica L. Klander
Bassford Remele, A Professional Association
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3707
Attorney for Defendant